### Jess McClure v. The State.

No. 9624.   Delivered October 14, 1925.

**Sale of Intoxicating Liquor—No Statement of Facts—Nor Bills of Exception.**

The record is before us without a statement of facts or bill of exception, and no error appearing, the judgment is affirmed.

Appeal from the District Court of Grayson County. Tried below before the Hon. F. E. Wilcox, Judge.

Appeal from a conviction of the sale of intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the district court of Grayson County of selling intoxicating liquor, and his punishment fixed at one year in the penitentiary.

The record is before us without bills of exception or statement of facts. The charge of the court correctly submitted the offense and the verdict is responsive thereto. The sentence is in due form.

The judgment will be affirmed.

*Affirmed.*